Arika B. Hover (SBN 023688)
abhover@portfoliorecovery.com
Portfolio Recovery Associates
120 Corporate Boulevard
Norfolk, VA  23502
(866) 772-7326, Ext 18390
(757) 321-2518 (fax)

Attorney for Defendant
Portfolio Recovery Associates, LLC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AFINI DIRKS,<br><br>             Plaintiff,<br><br>     v.<br><br>PORTFOLIO RECOVERY<br>ASSOCIATES, LLC,<br><br>             Defendant. | Case No. _____<br><br><br>**NOTICE OF REMOVAL** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT:**

Pursuant to 28 U.S.C.  §§ 1331, 1441, and 1446, Defendant Portfolio Recovery Associates, LLC ("PRA") hereby removes the subject action from the South Mountain Justice Court, Maricopa County, Arizona, to the United States District Court for the District of Arizona, on the following grounds:

1.    Plaintiff Afini Dirks instituted an action in the South Mountain Justice Court, Maricopa County, Arizona, on February 8, 2016, Case number CC20160274318SC.   A copy of the Summons and Complaint is attached hereto as **Exhibit A.**

2.      Defendant was served via Certified Mail on February 16, 2016.  See **Exhibit B.**

3.      Plaintiff's Complaint alleges a violation of the Fair Debt Collection Practices Act. See Plaintiff's Claim ¶ 3, Page 1.

4.      This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. §1331, since there is a federal question.  This suit falls within the FDCPA, which thus supplies this federal question.

5.      Pursuant to 28 U.S.C. §1441, *et seq.*, this cause may be removed from the South Mountain Justice Court, Maricopa County, Arizona, to the United States District Court for the District of Arizona.

6.      Notice of this removal will promptly be filed with the South Mountain Justice Court, Maricopa County, Arizona, and served on all adverse parties.

WHEREFORE, Defendant Portfolio Recovery Associates, LLC, by counsel, removes the subject action from the South Mountain Justice Court, Maricopa County, Arizona, to the United States District Court for the District of Arizona.

Dated:  February 29, 2016          Respectfully submitted,

PORTFOLIO RECOVERY ASSOCIATES, LLC


*/s/ Arika B. Hover*
Arika B. Hover (SBN 023688)
abhover@portfoliorecovery.com
Portfolio Recovery Associates
120 Corporate Boulevard
Norfolk, VA  23502
(866) 772-7326, Ext 18390
(757) 321-2518 (fax)

Attorney for Defendant
Portfolio Recovery Associates, LLC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true copy of the foregoing has been filed electronically on February 29, 2016.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

n/a


The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on February 29, 2016, properly addressed as follows:


Afini Dirks
1717 East Wier Avenue
Phoenix AZ 85041


/s/     Arika B. Hover
Arika B. Hover

## Maricopa County Justice Courts, Arizona

**South Mountain Justice Court**    620 W. Jackson St., #1044, Phoenix, AZ 85003    602-372-6300

CASE NUMBER: CC 2016024318 SC

| | |
|---|---|
| Afini Dirks | PORTFOLIO RECOVERY ASSOCIATES, LLC |
| 1717 East Wier Avenue | P.O. BOX 12914 |
| Phoenix, Arizona 85041 | Norfolk, VA 23541 |
| ( 602 ) 799 -1765 | ( 757 ) 519 - 9300 |
| Plaintiff(s) Name / Address / Phone | Defendant(s) Name / Address / Phone |

The Statutory Agent / Corporate Officer to be served is: Steve Fredrickson (CEO)

### SMALL CLAIMS COMPLAINT and SUMMONS

**WARNING: THERE ARE NO APPEALS IN SMALL CLAIMS CASES.** You do not have the right to appeal the decision of the Hearing Officer or the Justice of the Peace in Small claims (Division) Court. If you wish to preserve your right to appeal, you may have your case transferred to the Civil Division of the Justice Court pursuant to <u>ARS 22-504</u>, if you request such a transfer at least ten (10) judicial days prior to the day of the scheduled hearing.

### NOTICE AND SUMMONS

TO THE ABOVE-NAMED DEFENDANT(S): You are directed to answer this complaint within **TWENTY (20) DAYS** by filing a written ANSWER in the court named above. If you do not answer or defend you run the risk of having a judgment entered against you for the amount of plaintiff's claim, plus court costs. A filing fee must be paid at the time your answer is filed.

Date: 2-9-2016    Clerk: _____    (SEAL)

16 FEB -9   PM 3:05   RECEIVED   SOUTH PHOENIX JUSTICE COURT

### PLAINTIFF'S CLAIM

This Justice Court has venue because
☐ The defendant resides in this precinct
☒ The debt, or cause of action, or the incident that resulted in this claim, occurred in this precinct at the following location:

1717 East Wier Avenue Phoenix, Az 85040

$ 1,052.00  is the total amount owed me by defendant because:

On January 8,2016 the Plaintiff discovered that Defendant (" PORTFOLIO RECOVERY ASSCO,LLC") a debt Collector was engaged in a scheme of unfiar, unlawful and deceptive debt collection practices in violation of Title 15 USCS §1692e (2)(5) CLAIM ONE: Defendant 15 USCS §1692e(2)(A) by reporting the Plaintiff's alleged debt to all three credit reporting agencies as a delinquent account without a valid assignment of debt from alleged creditor("Hsbc Bank") that authorized defendant to make such claim.

CLAIM TWO: Defendant violated 15 USCS § 1692e(5) by demanding $4,741.00 from plaintiff on alleged debt, where there was no valid assignment of debt issued to the defendant from alleged creditor, that complied with the requirements in Arizona Administrative Code R20-1518. Case Laws in Support of Plaintiff's Claims: See Certified Collectors, 116]. Ariz. 601, 570 P 2d 769 771 (1977) " In Arizona, a valid assignment is one that meets the requirements of a valid contract. Also see, Norton v. First Fed Sav., 128 Ariz. 176 624, P 2d 854(1981) " For a person to recover as a third-party beneficiary in Arizona, that contracting parties must intend to directly benefit that person and must indicate that intention in the contract itself. NOTE: Plaintiff is damaged and harmed based on Defendant's fraudulent acts.

Date: 2.8.16    Afini Dirks _____    _____
              Plaintiff                           Plaintiff

**Notice:** If you are representing a business, please attach letter of authorization.

SC 8150-300 R: 8/30/15

# Exhibit A



English          Customer Service      USPS Mobile                                    Register / Sign In

**USPS.COM®**

## USPS Tracking®

Customer Service ›
Have questions? We're here to help.

Get Easy Tracking Updates ›
Sign up for My USPS.

**Tracking Number:** 70153010000180189983

**Updated Delivery Day:** Wednesday, February 17, 2016

### Product & Tracking Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™         Return Receipt

**See tracking for related item:** 9590940213305285432211

### Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| February 16, 2016 , 11:55 am | Delivered | NORFOLK, VA 23502 |

Your item was delivered at 11:55 am on February 16, 2016 in NORFOLK, VA 23502.

| | | |
|---|---|---|
| February 16, 2016 , 11:11 am | Arrived at Unit | NORFOLK, VA 23502 |
| February 12, 2016 , 9:03 am | Departed USPS Facility | PHOENIX, AZ 85026 |
| February 11, 2016 , 4:00 pm | Arrived at USPS Origin Facility | PHOENIX, AZ 85026 |
| February 10, 2016 , 5:41 pm | Departed Post Office | PHOENIX, AZ 85042 |
| February 10, 2016 , 3:04 pm | Acceptance | PHOENIX, AZ 85042 |

### Track Another Package

**Tracking (or receipt) number**

70153010000180189983,                    Track It

### Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›

# Exhibit B

Afini Dirks
1717 East Wier Ave
Phx, AZ 85040



7015 3010 0001 8018 9983

U.S. POSTAGE
PAID
PHOENIX, AZ
85042
FEB 10, 16
AMOUNT
**$6.74**
R2305H129381-08

UNITED STATES
POSTAL SERVICE®

1000

23541

DELIVERY RECEIPT
REQUESTED

Protfolio Recovery ASSCO, LLC
P.O. BOX 12914
Norfolk, VA 23541

RECEIVED
FEB 17 2016
By General Counsel

23541$0914 B099