Law Offices
**HINSHAW & CULBERTSON LLP**
2375 E. Camelback Rd.
Suite 750
Phoenix, AZ 85016
602-631-4400
602-631-4404
raoyama@hinshawlaw.com
mayers@hinshawlaw.com

Randy J. Aoyama (020096)
Michael R. Ayers (024318)
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Afini Dirks, | ) | No. CV-16-00559-PHX-JZB |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF SETTLEMENT** |
| v. | ) | |
| Portfolio Recovery Associates, LLC, | ) | |
| Defendant. | ) | |

Plaintiff, Afini Dirks, and Defendant Portfolio Recovery Associates, LLC, hereby give notice that this matter has been settled. The Parties request the Court to vacate all dates and deadlines. A Stipulation for Dismissal will be filed with the Court upon its execution, but no later than forty-five (45) days from this Notice.

DATED this 29th day of June, 2016.

HINSHAW & CULBERTSON LLP

/s/ Randy J. Aoyama
Michael R. Ayers
Randy J. Aoyama
Michael R. Ayers
Attorneys for Defendant

23464784v1 0987605

**CERTIFICATE OF SERVICE**

I certify that on the 29th day of June, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Afini Dirks
1717 East Wier Avenue
Phoenix, Arizona 85041
Plaintiff

By  /s/ Eleanor Powell